In the Matter of the Claim of BEULAH GAURIN, on Behalf of Herself, as Widow, and Dependent Minor Children, on Account of the Death of GERALD G. GAURIN, Respondent, against BAGLEY & SEWALL COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 20, 1948; decided June 11, 1948.

*Lewis C. Ryan* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Daniel Polansky* of counsel), for respondent.

*Per Curiam.* There is no evidence in this record that the death of claimant's decedent arose out of and in the course of his employment (see *Matter of Frost* v. *Franklin Mfg. Co.*, 204 App. Div. 700, affd. 236 N. Y. 649; cf. *Matter of Industrial Comr. [Siguin]* v. *McCarthy*, 295 N. Y. 443, 447). Order of Appellate Division and award of the Workmen's Compensation Board reversed, with costs against the board in this court and in the Appellate Division and the claim dismissed.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Ordered accordingly. [See 298 N. Y. 619.]